# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**IN RE:**

DEBORAH MONDEN

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

Debtor(s)    **CASE NO. BKY 05-49260 NCD**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Maximuim Recovery Systems in the amount of $26.88, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Maximuim Recovery Systems<br>C/O Mark Pitzele P A<br>1550 Utica Ave S #500<br>St Louis Park, MN 55416 | 8 | $26.88 |

ACCOUNT NUMBER:
No Account Number Listed

**Jasmine Z. Keller, Trustee**

Dated: December 1, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee